**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Michael F. MATTHEWS,
Defendant-Appellant.**

No. 17-6701

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Michael F. Matthews, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael F. Matthews appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Matthews*, No. 3:07–cr–00226–REP–RCY–1 (E.D. Va. May 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*